Hand-Delivered

FILED
CHARLOTTE, NC

OCT 01 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**MICHAEL MACON,**
Plaintiff,

v.

**FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA),**
and
**TOWN OF FAIRVIEW, NORTH CAROLINA,**
Defendants.

Civil Action No. 3:25-cv-754-KDB

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiff Michael Macon, proceeding pro se, hereby files this Complaint for declaratory and injunctive relief and alleges as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1343 (civil rights), and 28 U.S.C. § 2201 (declaratory judgment). Review is also sought under the Administrative Procedure Act, 5 U.S.C. § 702.
2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the events giving rise to the claims occurred in Union County, North Carolina, and Plaintiff resides in Mecklenburg County, both of which are located within this District.

## II. PARTIES

3. Plaintiff Michael Macon resides at 6317 Springs Mill Road, Charlotte, North Carolina 28277, and is the owner of real property located at 6802 West Duncan Road, Indian Trail, North Carolina 28709.
4. Defendant Federal Emergency Management Agency ("FEMA") is an agency of the United States government and operates under the authority of the U.S. Department of Homeland Security.
5. Defendant Town of Fairview is a municipal corporation located in Union County, North Carolina, and is a participating community under FEMA's National Flood Insurance Program ("NFIP").

## III. FACTUAL ALLEGATIONS

6. Plaintiff's real property in Union County, North Carolina, is only accessible through the construction of a bridge crossing Goose Creek.
7. Plaintiff submitted a Conditional Letter of Map Revision ("CLOMR") application to FEMA, including a professional hydraulic analysis demonstrating no adverse structural impacts and full compliance with FEMA regulations.
8. FEMA requires local governmental acknowledgment of proposed floodplain changes through execution of MT-2 Form 1. The Town of Fairview has refused to complete this required form.
9. The Town's refusal is based on a preliminary, outdated hydraulic analysis and was made without review of the full and complete CLOMR application submitted by Plaintiff.
10. The Town of Fairview's ordinances allow for construction where there is no increase in Base Flood Elevation ("BFE") or where a CLOMR has been approved. Despite this, the Town's refusal effectively denies Plaintiff any lawful path to compliance.
11. The Town's actions are arbitrary and cause imminent and irreparable harm to Plaintiff by preventing FEMA from processing the CLOMR application, thereby denying Plaintiff legal access to his property.
12. FEMA has indicated that it will likely close or reject Plaintiff's CLOMR application due to the Town's failure to submit the required acknowledgment form.

## IV. CLAIMS FOR RELIEF

### Count I – Violation of the Administrative Procedure Act (5 U.S.C. § 702)

13. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.
14. FEMA's anticipated rejection or closure of the CLOMR application, based solely on the Town's refusal to submit required documentation, constitutes arbitrary and capricious agency action in violation of the Administrative Procedure Act.

### Count II – Violation of Due Process (U.S. Const. amend. XIV; 42 U.S.C. § 1983)

15. The Town's refusal to review or act upon Plaintiff's application, and its failure to provide any procedural mechanism for meaningful review, deprives Plaintiff of his constitutional right to due process and the reasonable use of his property.

### Count III – Declaratory and Injunctive Relief (28 U.S.C. § 2201)

16. Plaintiff seeks a judicial declaration that Defendants' actions are unlawful and an injunction to prevent further harm and to preserve Plaintiff's rights.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Issue a Temporary Restraining Order and Preliminary Injunction enjoining FEMA from rejecting or closing Plaintiff's CLOMR application;

B. Declare that the Town of Fairview's refusal to review or acknowledge the CLOMR application constitutes an unlawful denial of due process;

C. Issue an injunction requiring the Town of Fairview to review and respond to Plaintiff's CLOMR submission within a reasonable time;

D. Direct FEMA to maintain the CLOMR application as pending until a final resolution is reached in this matter;

E. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Michael Macon
Michael Macon
6317 Springs Mill Road
Charlotte, NC 28277
Telephone: (704) 534-9015
Pro Se Plaintiff

Dated: October 1, 2025